**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN LUCKETT,
Petitioner,

vs.

THE HONORABLE JENNIFER P.
TOGLIATTI, DISTRICT JUDGE,
Respondent.

No. 59371

**FILED**

DEC 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original pro se petition for a writ of mandamus in which petitioner John Luckett seeks a writ directing the district court to vacate its order to show cause why the district court should grant the order to proceed in forma pauperis.

Based on the record, the court cannot conclude that that the district court's actions in issuing the order to show cause were arbitrary or capricious. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). We therefore

ORDER the petition DENIED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1] In light of this order, petitioner's motion to proceed in forma pauperis is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-40100

cc: Hon. Jennifer P. Togliatti, District Judge
John Luckett
Attorney General/Carson City
Eighth Judicial District Court Clerk